IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | Case No. 25-cr-188-TJK |
| SIDNEY ROGERS | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED EMERGENCY MOTION TO CONTINUE PLEA AGREEMENT HEARING

Defendant Sidney Rogers, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Emergency Motion to Continue Plea Agreement Hearing. In support of this Motion, counsel states as follows.

1. On June 24, 2025, the Government filed a Criminal Complaint charging Sidney Rogers with firearms offenses. On July 3, 2025, the Government filed an Indictment charging Mr. Rogers with the same offenses. The parties have reached a plea agreement in this matter. A plea agreement hearing is set for today, September 18, 2025, at 2:00 p.m. At this time, Mr. Rogers respectfully requests a brief continuance of the plea agreement hearing.

2. The undersigned counsel represents a client who is currently testifying at a federal criminal trial in another jurisdiction. Counsel anticipated that the client's testimony would conclude in advance of the plea agreement hearing in this matter.

1

Unfortunately, due to unforeseen scheduling concerns related to that trial, the client's testimony began late yesterday afternoon and will extend into this afternoon. In light of the nature of the testimony, it is imperative that counsel attend the proceedings involving the other client. Counsel therefore respectfully requests a brief continuance of the plea agreement hearing in this case. Counsel apologizes to the Court for the timing of this request.

    3.    This Motion is unopposed. Counsel conferred with AUSA Caelainn Carney, who has advised that the Government does not oppose a continuance of the plea agreement hearing. The parties are available for a plea agreement hearing in this case on Monday, September 22, 2025.

    4.    Mr. Rogers consents to tolling time under the Speedy Trial Act through the date of the next hearing in this matter.

    5.    For these reasons, Mr. Rogers respectfully requests that this Honorable Court continue the plea agreement hearing.

Respectfully submitted,

/s/

_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2025, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____
Michael E. Lawlor