IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    \*

                               \*

    v.                          \*

                               \*       Case No. 25-cr-188-TJK

SIDNEY ROGERS            \*

                               \*

     Defendant.          \*

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING SENTENCING MEMORANDUM

Defendant Sidney Rogers, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion Extend Deadline for Filing Sentencing Memorandum. In support of this Motion, counsel states as follows.

1. On September 22, 2025, Mr. Rogers appeared before the Court and entered a guilty plea in this matter. On January 13, 2026, the Government filed its sentencing memorandum. Mr. Rogers is due to file his sentencing memorandum on or before May 14, 2026. Sentencing is scheduled for May 21, 2026. At this time, Mr. Rogers respectfully requests that the Court extend the deadline within which to file the sentencing memorandum through May 18, 2026.

2. Counsel is diligently working to prepare the sentencing memorandum in this case. Just yesterday, counsel received additional mitigation information concerning Mr. Rogers. Moreover, counsel has been informed that yesterday, May

1

14, 2026, Mr. Rogers' mother Claudia Wright sadly passed away. Counsel had spoken to Ms. Wright on several occasions. Ms. Wright cared for Mr. Rogers' minor son in light of Mr. Rogers' incarceration. Counsel wishes to obtain additional information about Mr. Rogers' family circumstances to include in the sentencing memorandum.

3.     This Motion is unopposed. Counsel conferred with AUSA Caelainn Carney, who has advised that the Government does not oppose the requested extension.

4.     For these reasons, Mr. Rogers respectfully requests that this Honorable Court extend the deadline within which to file the sentencing memorandum through May 18, 2026.

Respectfully submitted,

/s/

_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 14, 2026, a copy of the foregoing was sent

to the United States Attorney's Office for the District of Columbia, via ECF.

/s/

_____

Michael E. Lawlor